**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 647-8363*
*katherine.ferrara@usdoj.gov*

*Katherine Ferrara*
*Assistant United States Attorney*

August 25, 2026

**<u>Via Electronic Filing</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Cordova-Mansilla v. Blanche, et al.*, No. 26-09470 (MCA)**
**Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to notify the Court that U.S. Immigrations and Customs Enforcement ("ICE") has informed this Office that, on August 14, 2026, Petitioner requested a custody redetermination hearing before an Immigration Judge ("IJ"). Petitioner received a custody redetermination hearing in the Elizabeth Immigration Court on August 20, 2026. The IJ denied Petitioner's request for a change in custody status upon finding that Petitioner was a danger. *See* Ex. A at 1 (August 20, 2026, Order of the Immigration Judge).

We therefore respectfully request that the Court close this matter. Thank you very much for your consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Katherine Ferrara*
Katherine Ferrara
Assistant U.S. Attorney
*Attorney for Respondents*

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/27/26

cc: Counsel of Record (by ECF)